**Order entered September 6, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00607-CV

### PETER BEASLEY, Appellant

### V.

### SOCIETY OF INFORMATION MANAGEMENT, DALLAS AREA CHAPTER, ET AL., Appellees

### On Appeal from the 191st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-1 8-05278

## ORDER

Before the Court is appellant's September 3, 2019 unopposed first motion for extension of time to file amended brief. We **GRANT** the motion and **ORDER** the brief be filed no later than September 9, 2019.

Appellant's first amended motion for emergency temporary orders and verified motion to recuse remain pending.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE